IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**REGINA NATOMA FAZEN,**

Plaintiff,

v.                                    Civil Action No. . 5:23-cv-00135-JPB-JPM

**KILOLO KIJAKAZI,**[4]
**Acting Commissioner of Social Security,**

Defendant.

<u>**JUDGMENT ORDER**</u>

AND NOW, this **9th** day of **October**, 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

---

[4] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).